Jeffery v Fayetteville-Manlius Cent. Sch. Dist., Bd. of Educ. of Fayetteville-Manlius Cent. Sch. Dist. (2024 NY Slip Op 01487)

Jeffery v Fayetteville-Manlius Cent. Sch. Dist., Bd. of Educ. of Fayetteville-Manlius Cent. Sch. Dist.

2024 NY Slip Op 01487

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., BANNISTER, NOWAK, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (826/23) CA 22-01943.

[*1]KENT JEFFERY, PLAINTIFF-APPELLANT, 
v
THE FAYETTEVILLE-MANLIUS CENTRAL SCHOOL DISTRICT, BOARD OF EDUCATION OF FAYETTEVILLE-MANLIUS CENTRAL SCHOOL DISTRICT, CRAIG J. TICE, SUPERINTENDENT OF FAYETTEVILLE-MANLIUS CENTRAL SCHOOL DISTRICT AND MARISSA JOY MIMS, VICE-PRESIDENT OF BOARD OF EDUCATION OF THE FAYETTEVILLE-MANLIUS CENTRAL SCHOOL DISTRICT, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or reconsideration denied.